UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

IN RE: §
§
ITS SUPPLY CORPORATION § Case No. 00-21457-C-7
§
DEBTOR(S). §

## ORDER TO REISSUE FUNDS FROM THE REGISTRY

On this day came on to be considered Detector Electronics Corp.'s Motion to Reissue Funds from the Registry, and the Court, having considered the Motion, is of the opinion that the Motion is well-taken and the court further finding that notice of said Motion is not required, it is therefore,

Ordered that the Registry of the Court reissue funds payable to Detector Electronics Corp. in the amount of $16,861.86, and that said funds be sent to the following address:

> Detector Electronics Corp.
> Attn: Craig Simmons
> 6901 West 110th Street
> Bloomington, MN 55438

SIGNED this _____ day of __FEB 16 2006__, 2006.

*Richard Schmidt*
Judge Presiding