FROM : FAX NO. : Apr. 15 2008 08:54AM P3
Case 00-21457   Document 327   Filed in TXSB on 04/15/08   Page 1 of 1
Case 00-21457   Document 326-2   Filed in TXSB on 04/08/2008   Page 1 of 1



# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

ENTERED
04/16/2008

In Re: § Case No. 00-21457

ITS Supply Corp. §
§
§
§
Debtor(s). § #326

### Order for Payment of Unclaimed Funds

Upon the application of **Peter R. Butler of Asset Recovery Associates**, seeking payment of $ **364.19** representing funds previously unclaimed by

**Minn Par, Inc.**

a creditor or debtor in the above-entitled case, and it appearing from the application and supporting documentation that **Minn Par, LLC** is entitled to the unclaimed funds, it is

Ordered that the Clerk pay $ **364.19** to:

**Minn Par, LLC**
c/o **Asset Recovery Associates**
**2521 Cold Creek Trail**
**South Lake Tahoe, CA 96150**

Signed this ___ day of ___ APR 1 5 2008 ___,___.

_Richard Schmidt_
United States Bankruptcy Judge